IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 05-12157(SEK) |
|---|---|
| HECTOR WILFREDO CARDWOOD CRUZ<br>GRISEL MARIA BURGOS BARRETO | CHAPTER 13 |
| DEBTOR: | |

# MOTION REQUESTING HARDSHIP DISCHARGE PURSUANT TO 11 U.S.C. 1328(b)

TO THE HONORABLE COURT:

COMES NOW: HECTOR WILFREDO CARDWOOD CRUZ and GRISEL MARIA BURGOS BARRETO, through the undersigned attorney who respectfully pray and state as follows:

1. Debtor filed a Chapter 13 petition on October 15, 2005.

2. On May 8th, 2006 the Chapter 13 Plan was confirmed (Docket #31) with a base of $80,435.00.

3. Debtor has made payments according to the plan that amount to $56,635.00 for a 70% paid of the plan base. (See attached Exhibit #1).

4. 11 U.S.C. §1328(b) grants a hardship discharge to a debtor who has not completed all payments under a plan if (1) the reason for failure to complete the payment was not within the debtor's control; (2) the payments to creditors under the plan equaled at least as much as they would have received in a Chapter 7; and (3) it would be impractical to modify the plan. 11 U.S.C. §1328(b) (1), (2), (3). See In re Fietz, 852 F.2d 455 (9th Cir. 1988) (hardship discharge requires evidence demonstrating that all three elements are fulfilled). The hardship discharge is not as

1

broad in its scope as a full performance discharge. Specifically, the hardship discharge only applies to nonpriority unsecured claims provided for in the plan and does not discharge either (1) those long-term debts in which the payment is not due until after the final payment under the plan; or (2) the entire array of nondischargeable debts covered in 11 U.S.C. § 523. 11 U.S.C. §1328 (c) (1), (2). See In re *Graham, 63 Bankr. 95 (Bankr. E.D. Pa. 1986)* (Chapter 13 debtor dies, only a few payments left - probate estate will get a hardship discharge.

5. The liquidation value as of the date of filing was $0.00 as per copy attached of standing Chapter 13 Trustee 341 Meeting minutes and report on confirmation dated May 8, 2008. (See Exhibit # 2 attached).

6. In addition debtor's husband suffered a dramatic reduction in his income between the time of filing the Chapter 13 petition compared to the present. (See Exhibit 3 attached, copy of Voucher of Income for 2008), which makes it impossible to continue with the plan of payments.

7. The above are circumstances beyond debtor's control.

**WHEREFORE**, it is respectfully requested from this Honorable Court to GRANT a hardship discharge.

**RESPECTFULLY SUBMITTED:**

In San Juan, Puerto Rico, this 23rd day of September, 2009.

### NOTICE TO PARTIES

**NOTICE IS HEREBY GIVEN THAT,** if within 30 days no complaint pursuant to Bkr. 4007 is filed to determine the dischargeability of any debt after Notice is filed by

any creditor, the court shall enter an order granting discharge pursuant to 11 U.S. C. §1328(b) without hearing.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the foregoing Motion and Notice with the Clerk of the Court using CM/ECF System which will send Notice of such filing to U.S. Trustee, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, Puerto Rico 00901-1922; **Trustee, José Ramón Carrión Morales, Esq.**, e-mail ecfmail@ch13-pr.com; and to all creditors and parties in interest as per attached Master Address list.

S/ Winston Vidal-Gambaro
WINSTON VIDAL GÁMBARO
USDC-P.R. 130401
P. O. Box 193673
San Juan, P R 00919-3673
Tel. (787) 751-2864
Fax (787) 763-6114
e-mail wvidal@prtc.net

Label Matrix

Case 05-12157-SEK7
District of Puerto Rico
Old San Juan


PRAMCO CV7
C/O TIMOTHY SHEEHAN
230 CROSSKEYS OFFICE PARK
FAIRPORT, NY 14450-3510


US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964


AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS
PO BOX 70101
SAN JUAN, PR. 00936-8101


BANCO POPULAR DE PUERTO RICO
PO BOX 70354
SAN JUAN, PR 00936-8354


Banco Popular de Puerto Rico-Special Loans
PO Box 362708
San Juan, PR 00936-2708


CORPORACION DEL FONDO DEL SEGURO DEL ESTADO
PO BOX 858
CAROLINA, PR. 00986-0858


CRIM
PO BOX 195387
SAN JUAN, PR. 00919-5387


DEPARTMENT OF TREASURY BANKRUPTCY SECTION
PO BOX 9024140
SAN JUAN, PR. 00902-4140


FUTA
MERCANTIL PLAZA BLDG R-2
AVENIDA PONCE DE LEON
SAN JUAN, PR. 00918-1693


BANCO POPULAR DE PUERTO RICO
SPECIAL LOANS DEPARTMENT
MIGDALIA EFFIE GUASP
PO BOX 362708
SAN JUAN, PR. 00936-2708


RG MORTGAGE CORP
WALLACE VAZQUEZ SANABRIA
17 CALLE MEXICO SUITE D-1
SAN JUAN, PR 00917-2202


ALLIED WASTE (BFI)
5858 WESTHEIMER RD, SUITE 500
HOUSTON, TX 77057-5645


AUTORIDAD DE ENERGIA ELECTRICA
PO BOX 363508
SAN JUAN, PR. 00936-3508


BANCO SANTANDER DE PUERTO RICO
PO BOX 362589
SAN JUAN, PR. 00936-2589


CARIBE FINE FOODS
PO BOX 10585
SAN JUAN, PR 00922-0585


COUNTERFORCE USA
EDIFICIO NORTE 714
AVE. 65 DE INFANTERIA
RIO PIEDRAS, PR. 00924


DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS
PO BOX 191020
SAN JUAN, PR. 00919-1020


EFRAIN EQUIPMENT
EFRAIN RAMOS
AVE. DE DIEGO 788
CAPARRA TERRACE, PR 00920


GELATERIA ITALIANA, INC
PO BOX 3232
CAROLINA, PR. 00984-3232


POPULAR AUTO
YASMIN R VAZQUEZ ESQ
PO BOX 366818
SAN JUAN, PR 00936-6818


ROUNDUP FUNDING LLC
MS 550
PO BOX 91121
SEATTLE, WA 98111-9221


ASOCIACION DE RESIDENTES DE PASEO DEL PRADO
PO BOX 190249
SAN JUAN, PR. 00919-0249


B-Line, LLC/Sherman Acquisition, LLC
SEARS - CITI-SEARS
Mail Stop 550
2101 Fourth Ave., Suite 1030
Seattle, WA 98121-2317


BANKERS CLUB OF PR
PO BOX 362678
SAN JUAN, PR. 00936-2678


CITIFINANCIAL RETAIL SERVICE
PO BOX 22060
TEMPE, AZ. 85285-2060


CRESCA CORPORATION
PMB 92 PO BOX 71325
SAN JUAN, PR 00936-8425


DEPARTMENT OF TREASURY
Bankrupcty Section (424-B)
PO Box 9024140
San Juan, Puerto Rico 00902-4140


FEDERICO RAMIREZ GARRATON
PO BOX 10585
SAN JUAN, PR 00922-0585


GETZ GENERATOR & ELECTRIC TECHNICIAN SERVICE
CALLE CANARIA Q-22
JARDINES DE BORINQUEN
CAROLINA, PR 00985-4238

| | | |
|---|---|---|
| GOBIERNO MUNICIPAL AUTONOMO DE CAROLINA<br>APARTADO 8<br>CAROLINA, PR 00986-0008 | HELAPAN, INC.<br>PO BOX 128<br>CATAO, PR 00963-0128 | IDEAL PRODUCE<br>CALLE LILA N-33<br>TERRAZAS DE GUAYNABO<br>GUAYNABO, PR. 00969 |
| INTERNAL REVENUE SERVICE<br>MERCANTIL PLAZA BLDG R-2<br>AVENIDA PONCE DE LEON<br>SAN JUAN, PR. 00918-1693 | JC PENNEY<br>PO BOX 960001<br>ORLANDO, FL. 32896-0001 | JOSE SANTIAGO<br>PO BOX 191795<br>SANJUAN, PR. 00919-1795 |
| MAXIMO MOLINA<br>PMB 182 PO BOX 194000<br>SAN JUAN PR. 00919-4000 | MILLER DISTRIBUTORS<br>PO BOX 7<br>AIBONITO, PR 00705-0007 | NATIONAL CONSULTANT MANAGEMENT, INC<br>PO BOX 22813<br>UPR STATION, SAN JUAN, P.R 00931-2813 |
| POPULAR AUTO<br>CONSUMER BANKRUPTCY DEPT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | POPULAR AUTO<br>PO BOX 15011<br>SAN JUAN, PR. 00902-8511 | PRAMCO CV7, LLC<br>230 CROSSKEYS OFFICE PARK<br>FAIRPORT, NEW YORK 14450-3510 |
| PUERTO RICO TELEPHONE COMPANY<br>PO BOX 71535<br>SAN JUAN, PR. 00936-8635 | R & G MORTGAGE<br>GPO BOX 362394<br>SAN JUAN, PR 00936-2394 | RG Mortgage Corporation c/o Wallace Vazquez<br>17 Mexico Street<br>Suite D-1<br>San Juan<br>Puerto Rico<br>00917-2202 |
| SAMUEL BIGIO<br>TOP MEAT PROVISION CORP.<br>RAMOS MIMOSA # 1<br>GUAYNABO, PR 00966-1804 | SEARS CARD<br>PO BOX 183001<br>COLUMBUS, OH. 43218-3001 | SUN COM WIRELESS<br>PO BOX 70888<br>CHARLOTTE, NC. 28272-0888 |
| WORLD FINANCIAL CORPORATION<br>PO BOX 360438<br>SAN JUAN, PR. 00936-0438 | GRISEL MARIA BURGOS BARRETO<br>CALLE EUCALIPTO 7<br>URB PASEO DEL PRADO<br>CAROLINA, PR 00987-7600 | HECTOR WILFREDO CARDWOOD CRUZ<br>CALLE EUCALIPTO 7<br>URB.PASE DEL PRADO<br>CAROLINA, PR 00987-7600 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | WINSTON VIDAL-GAMBARO<br>WINSTON VIDAL LAW OFFICE<br>PO BOX 193673<br>SAN JUAN, PR 00919-3673 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)AUTORIDAD DE ENERGIA ELECTRICA<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 | (d)Banco Popular de Puerto Rico-Special Loans<br>PO box 362708<br>San Juan, PR 00936-2708 | (d)ROUNDUP FUNDING LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111-9221 |



# Informe sobre el Estado del Caso – Año 2008
# Case Status Report –Year 2008

**HECTOR WILFREDO CARDWOOD CRU**
**PASEO DEL PRADO**
**7 CALLE EUCALIPTO**
**CAROLINA, PR 00987**

Fecha/Date: 1/7/2009
Número de Caso/Case Number: **05-12157**
Estado Actual del Caso/Case Status: ACTIVE
Fecha de Petición/Petition Date: 12/9/2005
Fecha Reunión Acreedores/341 Meeting Date: 04/06/2006
Fecha Límite Para Reclamaciones/Claims Bar Date: 07/05/2006
Balance en Caja/Balance on Hand: $2,800.00
Fecha de Confirmación del Plan/Plan Confirmation Date: 6/5/2006

Nuestros records reflejan lo siguiente:
(Our records indicate the following:)

| | |
|---|---|
| A la fecha de este estado la mensualidad de su plan confirmado (o aun no confirmado) es : (As of this date, the monthly payment of your confirmed plan (or not confirmed yet) is : | $1,400.00 |
| A la fecha de este estado, usted(es) ha(n) pagado al Síndico la cantidad de : (As of this date, you have paid to the Trustee a total amount of : | $46,835.00 |
| Desembolsos adicionales por Orden del Tribunal (no incluye desembolsos para acreedores) : (Additional disbursements by Order of the Court [not including disbursements to creditors] :) | $3,701.79 |
| Honorarios de Abogado pagados a través del Plan Confirmado : (Attorney Fees paid through the confirmed plan :) | $400.00 |
| Su abogado de record es: (Your Attorney on record is :) | WINSTON VIDAL* |

No intente pre-pagar el balance de su plan de pago de Capítulo 13 sin antes consultarlo con su abogado.
(Do not try to pre-pay the total balance of your confirmed plan without consulting first your attorney.)

Favor revisar cuidadosamente la información que se le provee en el presente Estado del Caso, y déjenos saber, por escrito, cualquier duda o pregunta que pueda tener. Dirija su carta a la siguiente dirección:
(Please carefully review the information provided in this Case Status Report and let us know, in writing, any doubt or question that you may have. Send your letter to the following address.)

**PO Box 9023884, Old San Juan Station, San Juan, PR 00902-3884**

Recuerden que la dirección arriba mencionada, NO ES para enviar pagos. (The above address IS NOT for payments purposes.)
**Para pagos usen la siguiente direccion. (For payments use the following address.): PO Box 71541, San Juan PR 00936-8641**

También puede comunicarse con nosotros via correo electrónico a : customerservice@ch13-pr.com
(You can also contact us via electronic mail to : customerservice@ch13-pr.com )

Le incluimos un resumen por mes de los pagos recibidos por el Síndico durante el pasado año. También se incluye un resumen de las reclamaciones radicadas en su caso por sus acreedores, y los pagos hechos por el Síndico a dichos acreedores, durante el mismo período, de acuerdo al Plan Confirmado.
(We are including a monthly summary of the payments received by the Trustee during the last year. Also, we have included a summary of the claims filed by your creditors in the present case, and the payments made by the Trustee to said creditors, within the period, according to the Confirmed Plan.)

### Resumen mensual de pagos recibidos en el Año 2008
### (Monthly Summary of payments received in 2008)

| | | | | | |
|---|---|---|---|---|---|
| Enero: | $1,400.00 | Mayo: | $700.00 | Septiembre: | $0.00 |
| Febrero: | $0.00 | Junio: | $700.00 | Octubre: | $9,800.00 |
| Marzo: | $700.00 | Julio: | $0.00 | Noviembre: | $1,400.00 |
| Abril: | $700.00 | Agosto: | $0.00 | Diciembre: | $2,800.00 |

*NO ESTAMOS AUTORIZADOS A CONTESTAR PREGUNTAS POR TELEFONO. POR FAVOR, NO LLAME. ESCRIBANOS A LA DIRECCION INDICADA.*

*WE ARE NOT AUTHORIZED TO ANSWER QUESTIONS THROUGH THE TELEPHONE. PLEASE DO NOT CALL. WRITE US TO THE INDICATED ADDRESS .*

*Exhibit L*








Exhibit 1

## Check No. 074577

**JetStream federal credit union**
CARRETERA 200 SECTOR CENTRAL
CARIBBEAN AIRPORT FACILITY, BLDG. 2
CAROLINA, PUERTO RICO 00979

**OFFICIAL CHECK**

63-8035/2670 01

**NO. 074577**

DATE: 31AUG09
AMOUNT: $ **1400.00

PAY ONE THOUSAND FOUR HUNDRED AND 00/100 DOLLARS

TO THE ORDER OF: JOSE R. CARRION***
RE: 05-12157

Junio 09

VOID AFTER 90 DAYS
NON-NEGOTIABLE
AUTHORIZED SIGNATURE

⑆074577⑆ ⑈267080355⑈ 00000000000081⑉

---

## Check No. 074466

**JetStream federal credit union**
CARRETERA 200 SECTOR CENTRAL
CARIBBEAN AIRPORT FACILITY, BLDG. 2
CAROLINA, PUERTO RICO 00979

**OFFICIAL CHECK**

63-8035/2670 01

**NO. 074466**

DATE: 30JUL09
AMOUNT: $ **1400.00

PAY ONE THOUSAND FOUR HUNDRED AND 00/100 DOLLARS

TO THE ORDER OF: JOSE CARRION***
RE: 05-12157

Mayo 09

VOID AFTER 90 DAYS
NON-NEGOTIABLE
AUTHORIZED SIGNATURE

⑆074466⑆ ⑈267080355⑈ 00000000000081⑉

---

## Check No. 074228

**JetStream federal credit union**
CARRETERA 200 SECTOR CENTRAL
CARIBBEAN AIRPORT FACILITY, BLDG. 2
CAROLINA, PUERTO RICO 00979

**OFFICIAL CHECK**

63-8035/2670 01

**NO. 074228**

DATE: 18MAY09
AMOUNT: $ **1400.00

PAY ONE THOUSAND FOUR HUNDRED AND 00/100 DOLLARS

TO THE ORDER OF: JOSE R. CARRION***
RE: 05-12157

Abril 2009

VOID AFTER 90 DAYS
NON-NEGOTIABLE
AUTHORIZED SIGNATURE

⑆074228⑆ ⑈267080355⑈ 00000000000081⑉

Exhibit 1

```
┌─────────────────────────────────────────────────────────────────────────────┐
│ ORIGINAL CHECK HAS MICRO PRINTING IN THE SIGNATURE LINE AND RED CHECK NUMBERS IMAGE THROUGH TO THE BACK OF SHEET │
│                                                                              │
│  JetStream      CARRETERA 200 SECTOR CENTRAL      OFFICIAL CHECK    63-8035/2670 01      │
│  federal credit union   CARIBBEAN AIRPORT FACILITY, BLDG. 2                              │
│                 CAROLINA, PUERTO RICO 00979                                              │
│                                                                      NO. 074623          │
│                                                    DATE         AMOUNT                   │
│  PAY  ONE THOUSAND FOUR HUNDRED AND 00/100 DOLLARS   15SEP09   $**1400.00                │
│                                                                                          │
│  TO    JOSE R CARRION***                                                                 │
│  THE   RE: 05-12157                                                                      │
│  ORDER                                                                                   │
│  OF                                                                                      │
│                                                     NON-NEGOTIABLE                       │
│                                                     AUTHORIZED SIGNATURE      MP         │
│  ORIGINAL CHECK HAS A COLORED BACKGROUND PRINTED ON CHEMICAL REACTIVE PAPER              │
│  ⑆074623⑆ ⑈267080355⑈ 00000000000081⑈                                                    │
└─────────────────────────────────────────────────────────────────────────────┘
```

Exhibit 1

# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: HECTOR WILFREDO CARDWOOD CRUZ
GRISEL MARIA BURGOS BARRETO

Bkrtcy. No. 05-12157-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| Filing Date: | Dec 09, 2005 | Meeting Date | May 08, 2006 | Track No. 1 |
|---|---|---|---|---|
| Days from petition date | 150 | Meeting Time | 8:00 AM | |
| 910 Days before Petition | 6/13/2003 | Chapter 13 Plan Date | Apr 11, 2006 | ☐ Amended. |
| This is the 3 | Scheduled meeting. | Plan Base: | $80,435.00 | |
| This is debtor(s) 1 | Bankruptcy petition. | Confirmation Hearing Date: | | Time: |
| Payment Received at meeting: | $774.⁰⁹/100 | | Total Paid In: | $2,061.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference

☑ Debtor Present ☑ ID & Soc. OK ☐ Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☐ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☐ Substitute attorney:
☐ Pro-se.

☑ Creditor(s) present: ☐ None.
Doral Police
Popular Auto
R-G Mortgage

**II. Attorney's Fees as per R 2016(b) Statement** Attorney of record: **WINSTON VIDAL***

Total Agreed: $1,100.00   Paid Pre-Petition: $1,100.00   Outstanding: $0.00
THROUGH THE PLAN

**III. Trustee's Motion to Dismiss:**

☐ MTD: Debtor(s) ☐ Failed to appear; ☐ Failed to commence payments; ☐ Payment(s) default.

☐ MTD: If within ___ days debtor(s) fails file or/and submit documents and/or take action(s) identified in Part VI.

**IV. Status of §341 Meeting:** ☐ CONTINUED ☐ NOT HELD ☐ CLOSED

Continued to: _____   Time: _____

**V. Trustee's Report on Confirmation**

Debtor(s) Income is ☐ Under ☐ Above Median Income.   Liquidation Value: 0

Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: _____

☑ Trustee recommends **FAVORABLY** the plan for confirmation.

☐ Trustee **OBJECTS** the confirmation of the plan. (See grounds in part VI.)

**VI. Trustee's OBJECTIONS to Confirmation:**

☐ Plan **Not** dated. [FRBP Rule 3015(c)]   ☐ Plan Payments Length exceeds 60 months. [§1325(d)]
☐ **Plan** NOT proposed in Good Faith. [§1325(a)(3)]   ☐ **Petition** NOT filed in Good Faith. [§1325(a)(7)]

Exhibit 2

| ☒ | **INSUFFICIENTLY FUNDED:** ☐ to pay 100% of 507 priority claims. [§1322(a)(2)] |
|---|---|
| | ☐ to pay what it proposes to pay. [§1325(a)(6)] ☐ to pay Gen. Unsecured Claims Pool / Means Test. [§1325(b)(1)(B). |
| | ☐ Fails Creditor's Best Interest Test. [§1325(A)(4)] ☐ Plan Fails to Pay "Unsecured Pool" determined by the Means Test. |

☐ **UNFAIR DISCRIMINATION:** [§1322(a)(3) & (b)(1)] _____

☐ **FEASIBILITY** [§1325(a)(6)] ☐ Default in payments to the Trustee. ☐ Default in payments to secured creditor.

- ☐ Need Evidence of Post Petition Income ☐ **No EQUITY** to pay proposed **Lump Sum Payment**
- ☐ **Fails to provide** for an allowed secured claim. ☐ There is/are **no claim** for creditor dealt in plan. [FRBP Rule 3021]
- ☐ **Default in Post Petition DSO Payments.** _____
- ☐ **DSO Certification** – Up To Date in Post Petition Payments
- ☐ **Business Monthly Report(s)** for: _____
- ☐ **License(s)** issued by: _____
- ☐ **Assume or Reject** Lease / Executory contract. _____
- ☐ **Appraisal** of property on Schedule A and/or B. _____
- ☐ Need Evidence of **Public Liability Insurance.** ☐ Premises ☐ Auto(s)
  - _____ ☐ Fails to state insurance **premium amount.**

☐ **FAILS DISPOSABLE INCOME REQUIREMENTS:**

- ☐ Plan fails to comply with commitment period. [§1322(d) & §1325(b)(4)] _____
- ☐ Plan Fails to Pay "Unsecured Pool" determined by the Means Test. _____
- ☐ Debtor fails to commit all disposable income to fund the plan. _____
- ☐ Need Evidence of Deduction claimed in B22C _____
- ☐ Unreasonable Expenses ☐ Unwarranted Payroll Deductions. _____

**§506 Claims:**
- ☐ Fails to provide for retention of lien.
- ☐ Fails to provide value as of effective plan date. _____
- ☐ Fails to provide for Equal Monthly Amount (EMA) payments to creditor. _____

☐ **ADEQUATE PROTECTION:** ☐ Fails to comply with GO 05-08 - Pre-Confirmation AP Payments.
- ☐ Fails to provide insurance coverage to secured claim provided in plan. _____

☐ Debtor(s) has/have not complied with **tax returns requirements.** [§1308]

☐ Debtor failed to comply with his/her/their duties under §521 and impair the performance of Trustee's duties under §1302(b).
- ☐ Need Amend Schedule(s) ☐ A ☐ B ☐ C ☐ D ☐ E ☐ F ☐ G ☐ H ☐ I ☐ J ☐ B22C

- ☐ Need to Amend: ☐ S.O.F.A. ☐ Need correction - Rule 2016 Statement and Fees under Plan does not coincide
- ☐ Need to provide DSO recipient name, address & phone number
- ☐ Need Information of where debtor(s) lived 730 days prior to petition: _____

☐ **OTHER/COMMENTS:** _____

_____

Trustee / Presiding Officer          Page 2          Date: May 08, 2006

*Exhibit 2*

## Form 499R-2/W-2PR — Comprobante de Retención - Withholding Statement

**Formulario:** Form 499R-2/W-2PR Rev. 07.08
**090800**
ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

| Field | Value |
|---|---|
| 1. Nombre - First Name | HECTOR W. |
| Apellidos - Surnames | CARDWOOD CRUZ |
| Dirección Postal del Empleado - Employee's Mailing Address | HECTOR W. CARDWOOD CRUZ / URB. PASEO DEL PRADO C/EUCALIP #7 / CAROLINA PR 00987 |
| 2. Nombre y Dirección Postal del Patrono - Employer's Name and Mailing Address | PANADERIA Y REPOSTERIA LA CEIBA INC. / 1239 AVE. F.D. ROOSEVELT / SAN JUAN PR 00920-2804 |
| Número de Teléfono del Patrono | (787) 782-0419 |
| Número Control - Control Number | 13125007 |
| 3. Núm. Seguro Social | 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 |
| 4. Núm. de Ident. Patronal (EIN) | 66-0255133 |
| 7. Sueldos - Wages | 15225.00 |
| 11. Total = 7 + 8 + 9 + 10 | 15225.00 |
| 17. Total Sueldos Seguro Social | 15225.00 |
| 18. Seguro Social Retenido | 943.95 |
| 19. Total Sueldos y Pro. Medicare | 15225.00 |
| 20. Contrib. Medicare Retenida | 220.76 |
| Año / Year | 2008 |

Copia B para Planilla del Empleado — Copy B for Employee's Tax Return

---

## Formulario 480.6B — Declaración Informativa - Ingresos Sujetos a Retención

Rev. 08.08
ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

**AÑO CONTRIBUTIVO / TAXABLE YEAR:** 08

| Field | Value |
|---|---|
| Número de Identificación Patronal - Employer Identification Number | 660550909 |
| Nombre | UNIVERSIDAD DE PR EN CAROLINA |
| Dirección - Address | APARTADO 4800 / CAROLINA PR 00984-4800 |
| Número de Seguro Social | 582272353 |
| Nombre | HECTOR W. CARDWOOD |
| Dirección - Address | URB. PASEO DEL PRADO #7 / CAROLINA PR 00987 |
| Número Control | UPR 6321937 |
| 1. Pagos por Servicios Prestados por Individuos - Payments for Services Rendered by Individuals | 2,355.00 — 72.45 |

Exhibit 3

| Formulario Form 499R-2/W-2PR Rev. 07.08 **090800** | ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT | | INFORMACION PARA EL DEPARTAMENTO DE HACIENDA DEPARTMENT OF THE TREASURY INFORMATION | INFORMACION PARA EL SEGURO SOCIAL SOCIAL SECURITY INFORMATION |
|---|---|---|---|---|
| 1. Nombre - First Name **HECTOR** | 3. Núm. Seguro Social Social Security No. **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** | 7. Sueldos - Wages **16,560.90** | 17. Total Sueldos Seguro Social Social Security Wages **16,560.90** | |
| Apellido(s) - Surname(s) **CARDWOOD** | 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) **66-0699404** | 8. Comisiones - Commissions **0.00** | 18. Seguro Social Retenido Social Security Tax Withheld **1,026.77** | |
| Dirección Postal del Empleado - Employee's Mailing Address **1077 ASHFORD AVE** **SAN JUAN    PR    00907** | 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension Día/Day  Mes/Month  Año/Year | 9. Concesiones - Allowances **0.00** 10. Propinas - Tips **0.00** | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips **16,560.90** | |
| 2. Nombre y Dirección Postal del Patrono Employer's Name and Mailing Address **SAN JUAN RESTAURANTS GROUP COR HOTEL LA CONCHA 1077 ASHFORD AVE SAN JUAN    PR    00907** | 6. Costo de Pensión o Anualidad Cost of Pension or Annuity **0.00** | 11. Total = 7 + 8 + 9 + 10 **16,560.90** 12. Gastos Reembolsados Reimbursed Expenses **0.00** | 20. Contrib. Medicare Retenida Medicare Tax Withheld **240.07** | |
| Número de Teléfono del Patrono Employer's Telephone Number **787-767-7100** | Copia B para Planilla del Empleado Copy B for Employee's Tax Return | 13. Cont. Retenida - Tax Withheld **1,732.91** 14. Fondo de Retiro - Retirement Fund **0.00** | 21. Propinas Seguro Social Social Security Tips **0.00** 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips **0.00** | |
| Fecha Cese de Operaciones Cease of Operations Date: Día/Day Mes/Month Año/Year Número Control - Control Number **A06634138** | Año: Year: **2008** | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS **0.00** 16. Salarios bajo Ley Núm. 324 de 2004 Salaries under Act No. 324 of 2004 **0.00** | 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips **0.00** | |

Instrucciones al dorso - Instructions on back

*Exhibit 3*