IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 05-12157(SEK) |
|---|---|
| HECTOR W CARDWOOD CRUZ GRISEL M BURGOS BARRETO DEBTOR | CHAPTER 13 |

MOTION FOR DISMISSAL

TO THE HONORABLE COURT:

NOW COMES RG Mortgage Corporation (RG), through counsel, and most respectfully STATES and PRAYS:

1. Instant petition was filed on October 15, 2005.

2. On April 3, 2006, appearing party filed a secured proof of claim which is incorporated by reference.

3. As of the filing of the Bankruptcy petition Debtor were, total pre-petition arrears $894.28. See Proof of Claim for statement of account.

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

*4. Debtor is now 2 post-petition payments in arrear as of filing of this motion. Total post-petition arrears $3,341.16. See Unsworn Statement attached.*

*5. Failure to make post-petition payments constitute cause for dismissal under 11 U.S.C. 1307(4).*

*6. Dismissal of instant petition is beneficial to creditors and parties in interest.*

*7. Enclosed Statement under Service Members Act for debtor.*

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

*Please take notice that unless a party in interest files an objection to this Request for Dismissal and request a hearing in writing with the Clerk of the Court, and serves with copy to the undersigned attorney within* **THIRTY (30) DAYS** *from the date of this Notice, the Dismissal may be approved by the Court without further notice or*

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

hearing. If the party in interest concurs with the above Dismissal, no action need be taken.

**WHEREFORE** it is respectfully requested that this Motion BE GRANTED and that instant matter be dismissed, with such further relief as is deemed appropriate under the circumstances.

*I CERTIFY* that copy of this Notice was sent via first class mail to all creditors and parties in interest, as per enclosed master address list.

In San Juan, Puerto Rico, this \_\_17\_\_ day of March, 2010.

Wallace Vazquez Sanabria-125101
17 Mexico St., Suite D-1
San Juan, PR 00917-2202
Tel: 787-756-5730
Fax: 787-764-0340
Email: walvaz@prtc.net

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

```
Label Matrix for local noticing          BANCO POPULAR DE PUERTO RICO           DEPARTAMENTO DE HACIENDA
0104-3                                   SPECIAL LOANS DEPARTMENT               PO BOX 9024140
Case 05-12157-SEK7                       MIGDALIA EFFIE GUASP                   OFICINA 424-B
District of Puerto Rico                  PO BOX 362708                          SAN JUAN, PR 00902-4140
Old San Juan                             SAN JUAN, PR 00936-2708
Tue Mar 30 11:48:27 AST 2010

POPULAR AUTO                             PR DEPARTMENT OF LABOR                 PRAMCO CV7
YASMIN R VAZQUEZ  ESQ                    PRUDENCIO RIVERA MARTINEZ BLDG         C/O TIMOTHY SHEEHAN
PO BOX 366818                            505 MUNOZ RIVERA AVENUE                230 CROSSKEYS OFFICE PARK
SAN JUAN, PR 00936-6818                  12 FLOOR                               FAIRPORT, NY 14450-3510
                                         SAN JUAN, PR 00918


RG MORTGAGE CORP                         ROUNDUP FUNDING LLC                    US TRUSTEE
WALLACE VAZQUEZ SANABRIA                 MS 550                                 EDIFICIO OCHOA
17 CALLE MEXICO SUITE D-1                PO BOX 91121                           500 TANCA STREET SUITE 301
SAN JUAN, PR 00917-2202                  SEATTLE, WA 98111-9221                 SAN JUAN, PR 00901-1938



US Bankruptcy Court District of P.R.     ALLIED WASTE (BFI)                     ASOCIACION DE RESIDENTES DE PASEO DEL PRADO
U.S. Post Office and Courthouse Building 5858 WESTHEIMER RD, SUITE 500          PO BOX 190249
300 Recinto Sur Street, Room 109         HOUSTON, TX 77057-5645                 SAN JUAN, PR. 00919-0249
San Juan, PR 00901-1964



AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS AUTORIDAD DE ENERGIA ELECTRICA        B-Line, LLC/Sherman Acquisition, LLC
PO BOX 70101                             PO BOX 363508                          SEARS - CITI-SEARS
SAN JUAN, PR. 00936-8101                 SAN JUAN, PR. 00936-3508               Mail Stop 550
                                                                                2101 Fourth Ave., Suite 1030
                                                                                Seattle, WA 98121-2317


BANCO POPULAR DE PUERTO RICO             BANCO SANTANDER DE PUERTO RICO         BANKERS CLUB OF PR
PO BOX 70354                             PO BOX 362589                          PO BOX 362678
SAN JUAN, PR 00936-8354                  SAN JUAN, PR. 00936-2589               SAN JUAN, PR. 00936-2678



Banco Popular de Puerto Rico-Special Loans CARIBE FINE FOODS                    CITIFINANCIAL RETAIL SERVICE
PO Box 362708                            PO BOX 10585                           PO BOX 22060
San Juan, PR 00936-2708                  SAN JUAN, PR 00922-0585                TEMPE, AZ. 85285-2060



CORPORACION DEL FONDO DEL SEGURO DEL ESTADO COUNTERFORCE USA                    CRESCA CORPORATION
PO BOX 858                               EDIFICIO NORTE 714                     PMB 92 PO BOX 71325
CAROLINA, PR. 00986-0858                 AVE. 65 DE INFANTERIA                  SAN JUAN, PR 00936-8425
                                         RIO PIEDRAS, PR. 00924



CRIM                                     DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS DEPARTMENT OF TREASURY
PO BOX 195387                            PO BOX 191020                          Bankrupcty Section (424-B)
SAN JUAN, PR. 00919-5387                 SAN JUAN, PR. 00919-1020               PO Box 9024140
                                                                                San Juan, Puerto Rico 00902-4140



DEPARTMENT OF TREASURY BANKRUPTCY SECTION EFRAIN EQUIPMENT                      FEDERICO RAMIREZ GARRATON
PO BOX 9024140                           EFRAIN RAMOS                           PO BOX 10585
SAN JUAN, PR. 00902-4140                 AVE. DE DIEGO 788                      SAN JUAN, PR 00922-0585
                                         CAPARRA TERRACE, PR 00920
```

```
FUTA                                    GELATERIA ITALIANA, INC              GETZ GENERATOR & ELECTRIC TECHNICIAN SERVICE
MERCANTIL PLAZA BLDG R-2                PO BOX 3232                          CALLE CANARIA Q-22
AVENIDA PONCE DE LEON                   CAROLINA, PR.  00984-3232            JARDINES DE BORINQUEN
SAN JUAN, PR. 00918-1693                                                     CAROLINA, PR 00985-4238


GOBIERNO MUNICIPAL AUTONOMO DE CAROLINA HELAPAN, INC.                        IDEAL PRODUCE
APARTADO 8                              PO BOX 128                           CALLE LILA N-33
CAROLINA, PR 00986-0008                 CATAO, PR 00963-0128                 TERRAZAS DE GUAYNABO
                                                                             GUAYNABO, PR.  00969


INTERNAL REVENUE SERVICE                JC PENNEY                            JOSE SANTIAGO
MERCANTIL PLAZA BLDG R-2                PO BOX 960001                        PO BOX 191795
AVENIDA PONCE DE LEON                   ORLANDO, FL.  32896-0001             SANJUAN, PR.  00919-1795
SAN JUAN, PR. 00918-1693


MAXIMO MOLINA                           MILLER DISTRIBUTORS                  NATIONAL CONSULTANT MANAGEMENT, INC
PMB 182 PO BOX 194000                   PO BOX 7                             PO BOX 22813
SAN JUAN PR.  00919-4000                AIBONITO, PR 00705-0007              UPR STATION, SAN JUAN, P.R 00931-2813


POPULAR AUTO                            POPULAR AUTO                         PRAMCO CV7, LLC
CONSUMER BANKUPTCY DEPT                 PO BOX 15011                         230 CROSSKEYS OFFICE PARK
PO BOX 366818                           SAN JUAN, PR.  00902-8511            FAIRPORT, NEW YORK 14450-3510
SAN JUAN PR 00936-6818


PUERTO RICO TELEPHONE COMPANY           R & G MORTGAGE                       RG Mortgage Corporation c/o Wallace Vazquez
PO BOX 71535                            GPO BOX 362394                       17 Mexico Street
SAN JUAN, PR.  00936-8635               SAN JUAN, PR 00936-2394              Suite D-1
                                                                             San Juan
                                                                             Puerto Rico
                                                                             00917-2202

SAMUEL BIGIO                            SEARS CARD                           SUN COM WIRELESS
TOP MEAT PROVISION CORP.                PO BOX 183001                        PO BOX 70888
RAMOS MIMOSA # 1                        COLUMBUS, OH.  43218-3001            CHARLOTTE, NC 28272
GUAYNABO, PR 00966-1804


WORLD FINANCIAL CORPORATION             FEDERAL LITIGATION DEPT. OF JUSTICE  GRISEL MARIA BURGOS BARRETO
PO BOX 360438                           PO BOX 9020192                       CALLE EUCALIPTO 7
SAN JUAN, PR.  00936-0438               SAN JUAN, PR 00902-0192              URB PASEO DEL PRADO
                                                                             CAROLINA, PR 00987-7600


HECTOR WILFREDO CARDWOOD CRUZ           JOSE RAMON CARRION MORALES           MONSITA LECAROZ ARRIBAS
CALLE EUCALIPTO 7                       PO BOX 9023884                       OFFICE OF THE US TRUSTEE (UST)
URB.PASE DEL PRADO                      SAN JUAN, PR 00902-3884              OCHOA BUILDING
CAROLINA, PR 00987-7600                                                      500 TANCA STREET  SUITE 301
                                                                             SAN JUAN, PR 00901-1938


WINSTON VIDAL-GAMBARO
WINSTON VIDAL LAW OFFICE
PO  BOX  193673
SAN JUAN, PR 00919-3673
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AUTORIDAD DE ENERGIA ELECTRICA
PO BOX 363508
SAN JUAN, PR 00936-3508

(d)Banco Popular de Puerto Rico-Special Loans
PO box 362708
San Juan, PR 00936-2708

(d)ROUNDUP FUNDING LLC
MS 550
PO BOX 91121
SEATTLE, WA 98111-9221

End of Label Matrix
Mailable recipients   57
Bypassed recipients    3
Total                 60

**BUFETE:** WALLACE VAZQUEZ SANABRIA

## UNSWORN STATEMENT
## UNDER PENALTY OF PERJURY

The undersigned hereby certifies the following under penalty of perjury:

**Debtor(s):**　HECTOR W. CARDWOOD CRUZ
　　　　　　　GRISEL M. BURGOS BARRETO

**Loan No.:**　000001254457

**Bankruptcy No.:**　05-12157

**Post-petition arrears:**　( 2 )　months at　$1,593.44　=　$3,186.88
　　　　　　　　　　　　( 2 )　L/C　　　　$77.14　　=　$154.28

**Current principal:**　$241,095.05

Name: _Beatriz Alvarez_
　　　　Legal Division

Date: March 30, 2010

Department of Defense Manpower Data Center                    Mar-19-2010 11:38:00


Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| CARDWOOD | HECTOR | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:89OQ7NT4J8

Department of Defense Manpower Data Center                    Mar-19-2010 11:39:05



Military Status Report
Pursuant to the Service Members Civil Relief Act

| < Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| BURGOS | GRISEL M | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

---

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL, http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

### *More information on "Active Duty Status"*

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

### *Coverage Under the SCRA is Broader in Some Cases*

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:89OQ7NT4J8