# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 05-12157 (SEK) |
| HECTOR WILFREDO CARWOOD CRUZ<br>GRISEL MARIA BURGOS BARRETO | CHAPTER 13 |
| DEBTOR | |

## MOTION TO MODIFY PLAN AFTER CONFIRMATION
## PURSUANT TO 11 U.S.C. §1329

**TO THE HONORABLE COURT:**

COME(S) NOW the above named Debtor(s), represented by the undersigned attorney, and very respectfully allege(s) and request(s):

1. The Debtor(s), through their attorney, hereby move(s) to modify the Chapter 13 Plan dated 04/11/2006, confirmed on 05/10/2006 (docket #31).

2. Under the post-confirmation modified plan (PCM) dated 06/04/2010, the Debtor(s) would:

   a. Resume payments into the PCM, starting June 2010 until the sixtieth month of the plan, term which expires on December 24, 2010.

   b. Provide for the payment of pre-petition arrears to RG Mortgage.

   c. All funds remaining shall be distributed to general unsecured creditors.

5. The post confirmation modified plan meets all the requirements of the Bankruptcy Code prior to the 2005 amendments, in order to become effective pursuant to the provisions of 11 U.S.C. §1329.

6. The proposed modified plan, if approved, would moot the pending controversy regarding the trustee's objection to a hardship discharge.

**WHEREFORE**, the Debtor(s) respectfully request(s) this Honorable Court to approve the proposed post confirmation modified plan dated 06/04/2010 pursuant to 11 USC 1329.

**Moreover**, Debtor(s) pray for this Honorable Court to deem its order issued and entered on May 19, 2010, complied with.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, June _16_, 2010.

**NOTICE:** Within twenty one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which upon information and belief sent a notification of such filing to, José Ramón Carrión Morales, Esq., Chapter 13 Trustee; Monsita Lecaroz Arribas, Esq., Assistant U.S. Trustee; I further certify that a copy of this document was mailed First Class Mail postage prepaid to all parties included in the attached creditor matrix.

S/Winston Vidal-Gambaro
WINSTON VIDAL-GAMBARO
USDC-PR 130401
P.O. Box 193673
San Juan, P.R. 00919-3673
Tel. (787) 751-2864
Fax (787) 763-6114
e-mail wvidal@prtc.net

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE: HECTOR WILFREDO CARWOOD CRUZ
GRISEL MARIA BURGOS BARRETO
DEBTOR(S)

BK. CASE # 05-12157 SEK
CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

NOTICE: • The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty (20) days from its notification. • This plan does not allow claims. Any party entitled to receive disbursements form the Trustee must file a proof of claim. The Trustee will pay the allowed claims, as filed, provided for in the plan, unless disallowed or expressly modified by the Court and / or the terms of the plan. If no claim is filed, the Trustee will not pay a creditor provided for in the plan, unless ordered by the Court. If the Trustee is to make POST-PETITION REGULAR MONTHLY PAYMENTS to any Secured obligation, then a proof of claim must be filed including the following information: account number, address, due date and regular monthly payment. Secured creditor must notify any change in the monthly payment, three (3) months prior to the effective date of new payment. Those post-petition monthly payments will not exceed the life of the plan. • See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee:
   [✓] directly [ ] by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
[ ] 3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

PLAN DATED: June 4, 2010
[ ] PRE [✓] POST-CONFIRMATION

[✓] AMENDED PLAN DATED: _____
FILED BY [✓] DEBTOR [ ] TRUSTEE [ ] UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

$ 687 x 5 = $ 3,435
$ 1,400 x 37 = $ 51,800
$ 0 x 11 = $ 0
$ 400 x 7 = $ 2,800
$ ___ x ___ = $ 0
TOTAL = 60 $ 58,035

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from
[ ] Sale of property identified as follows: _____

[ ] Other: _____

Periodic Payments to be made other than and in addition to the above.
$ ___ x ___ = $ 0
To be made on: _____

**PROPOSED PLAN BASE: $ 58,035**

### II. ATTORNEY'S FEES
To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

a. Rule 2016(b) Statement: $ 2,000
b. Fees Paid (Pre-Petition): ($ 1,500)
c. R 2016 Outstanding balance: $ 500.00

d. Post Petition Additional Fees: $ 500
e. Total Compensation: $ 500

Signed: s/ Hector W Carwood Cruz
DEBTOR HECTOR WILFREDO CARWOOD CRUZ
s/ Grisel M Burgos Barreto
JOINT DEBTOR GRISEL MARIA BURGOS BARRETO

### III. DISBURSEMENT SCHEDULE SEQUENCE

A. SECURED CLAIMS: [ ] Debtor represents that there are no secured claims.
[✓] Secured creditors will retain their liens and shall be paid as follows:

[ ] ADEQUATE PROTECTION Payments: Cr. _____ $ _____

[X] Trustee will pay secured ARREARS:
Cr. RG MORT      Cr. _____      Cr. _____
Acct. XXX4457    Acct. _____    Acct. _____
$ 894            $ _____        $ _____

[ ] Trustee will pay REGULAR MONTHLY PAYMENTS:
(please refer to the above related notice, for important information about this provision)
Cr. _____      Cr. _____      Cr. _____
Acct. _____    Acct. _____    Acct. _____
Monthly Pymt.$__ Monthly Pymt.$__ Monthly Pymt.$__

[ ] Trustee will pay IN FULL Secured Claims:
Cr. _____      Cr. _____      Cr. _____
$ _____        $ _____        $ _____

[ ] Trustee will pay VALUE OF COLLATERAL:
Cr. _____      Cr. _____      Cr. _____
$ _____        $ _____        $ _____

[ ] Secured Creditor's interest will be insured. INSURANCE POLICY will be paid through plan:
Cr. _____ Ins. Co. _____ Premium: $ _____
(Please indicate in "Other Provisions" the insurance coverage period)

[✓] Debtor SURRENDERS COLLATERAL TO Lien Holder: BPPR SINCE 6/09 (XX9001 & 2)

[✓] Debtor will maintain REGULAR PAYMENTS DIRECTLY to:
RG MORTGAGE

B. PRIORITIES. The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].

C. UNSECURED PREFERRED: Plan [ ] Classifies [ ] Does not Classify Claims.
[ ] Class A: [ ] Co-debtor Claims: [ ] Pay 100% / [ ] "Pay Ahead": _____
[ ] Class B: [ ] Other Class: _____
[ ] Cr. _____  [ ] Cr. _____  [ ] Cr. _____
$ _____        $ _____        $ _____

D. GENERAL UNSECURED NOT PREFERRED: (Case Liquidation Value = $ _____)
[ ] Will be paid 100% plus ___% Legal Interest. [ ] Will be paid Pro-Rata from any remaining funds

OTHER PROVISIONS:
LV=$0

ATTORNEY FOR DEBTOR: WINSTON VIDAL GAMBARO, ESQ.    Phone: (787) 751-6114

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 05-12157-SEK7<br>District of Puerto Rico<br>Old San Juan<br>Tue Mar 30 11:48:27 AST 2010 | BANCO POPULAR DE PUERTO RICO<br>SPECIAL LOANS DEPARTMENT<br>MIGDALIA EFFIE GUASP<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424-B<br>SAN JUAN, PR 00902-4140 |
| POPULAR AUTO<br>YASMIN R VAZQUEZ ESQ<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | PR DEPARTMENT OF LABOR<br>PRUDENCIO RIVERA MARTINEZ BLDG<br>505 MUNOZ RIVERA AVENUE<br>12 FLOOR<br>SAN JUAN, PR 00918 | PRAMCO CV7<br>C/O TIMOTHY SHEEHAN<br>230 CROSSKEYS OFFICE PARK<br>FAIRPORT, NY 14450-3510 |
| RG MORTGAGE CORP<br>WALLACE VAZQUEZ SANABRIA<br>17 CALLE MEXICO SUITE D-1<br>SAN JUAN, PR 00917-2202 | ROUNDUP FUNDING LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111-9221 | US TRUSTEE<br>EDIFICIO OCHOA<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |
| US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ALLIED WASTE (BFI)<br>5858 WESTHEIMER RD, SUITE 500<br>HOUSTON, TX 77057-5645 | ASOCIACION DE RESIDENTES DE PASEO DEL PRADO<br>PO BOX 190249<br>SAN JUAN, PR. 00919-0249 |
| AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS<br>PO BOX 70101<br>SAN JUAN, PR. 00936-8101 | AUTORIDAD DE ENERGIA ELECTRICA<br>PO BOX 363508<br>SAN JUAN, PR. 00936-3508 | B-Line, LLC/Sherman Acquisition, LLC<br>SEARS - CITI-SEARS<br>Mail Stop 550<br>2101 Fourth Ave., Suite 1030<br>Seattle, WA 98121-2317 |
| BANCO POPULAR DE PUERTO RICO<br>PO BOX 70354<br>SAN JUAN, PR 00936-8354 | BANCO SANTANDER DE PUERTO RICO<br>PO BOX 362589<br>SAN JUAN, PR. 00936-2589 | BANKERS CLUB OF PR<br>PO BOX 362678<br>SAN JUAN, PR. 00936-2678 |
| Banco Popular de Puerto Rico-Special Loans<br>PO Box 362708<br>San Juan, PR 00936-2708 | CARIBE FINE FOODS<br>PO BOX 10585<br>SAN JUAN, PR 00922-0585 | CITIFINANCIAL RETAIL SERVICE<br>PO BOX 22060<br>TEMPE, AZ. 85285-2060 |
| CORPORACION DEL FONDO DEL SEGURO DEL ESTADO<br>PO BOX 858<br>CAROLINA, PR. 00986-0858 | COUNTERFORCE USA<br>EDIFICIO NORTE 714<br>AVE. 65 DE INFANTERIA<br>RIO PIEDRAS, PR. 00924 | CRESCA CORPORATION<br>PMB 92 PO BOX 71325<br>SAN JUAN, PR 00936-8425 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR. 00919-5387 | DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS<br>PO BOX 191020<br>SAN JUAN, PR. 00919-1020 | DEPARTMENT OF TREASURY<br>Bankrupcty Section (424-B)<br>PO Box 9024140<br>San Juan, Puerto Rico 00902-4140 |
| DEPARTMENT OF TREASURY BANKRUPTCY SECTION<br>PO BOX 9024140<br>SAN JUAN, PR. 00902-4140 | EFRAIN EQUIPMENT<br>EFRAIN RAMOS<br>AVE. DE DIEGO 788<br>CAPARRA TERRACE, PR 00920 | FEDERICO RAMIREZ GARRATON<br>PO BOX 10585<br>SAN JUAN, PR 00922-0585 |

FUTA
MERCANTIL PLAZA BLDG R-2
AVENIDA PONCE DE LEON
SAN JUAN, PR. 00918-1693

GELATERIA ITALIANA, INC
PO BOX 3232
CAROLINA, PR. 00984-3232

GETZ GENERATOR & ELECTRIC TECHNICIAN SERVICE
CALLE CANARIA Q-22
JARDINES DE BORINQUEN
CAROLINA, PR 00985-4238

GOBIERNO MUNICIPAL AUTONOMO DE CAROLINA
APARTADO 8
CAROLINA, PR 00986-0008

HELAPAN, INC.
PO BOX 128
CATAO, PR 00963-0128

IDEAL PRODUCE
CALLE LILA N-33
TERRAZAS DE GUAYNABO
GUAYNABO, PR.   00969

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG R-2
AVENIDA PONCE DE LEON
SAN JUAN, PR. 00918-1693

JC PENNEY
PO BOX 960001
ORLANDO, FL.  32896-0001

JOSE SANTIAGO
PO BOX 191795
SANJUAN, PR.  00919-1795

MAXIMO MOLINA
PMB 182 PO BOX 194000
SAN JUAN PR.  00919-4000

MILLER DISTRIBUTORS
PO BOX 7
AIBONITO, PR 00705-0007

NATIONAL CONSULTANT MANAGEMENT, INC
PO BOX 22813
UPR STATION, SAN JUAN, P.R 00931-2813

POPULAR AUTO
CONSUMER BANKUPTCY DEPT
PO BOX 366818
SAN JUAN PR 00936-6818

POPULAR AUTO
PO BOX 15011
SAN JUAN, PR.  00902-8511

PRAMCO CV7, LLC
230 CROSSKEYS OFFICE PARK
FAIRPORT, NEW YORK 14450-3510

PUERTO RICO TELEPHONE COMPANY
PO BOX 71535
SAN JUAN, PR.  00936-8635

R & G MORTGAGE
GPO BOX 362394
SAN JUAN, PR 00936-2394

RG Mortgage Corporation c/o Wallace Vazquez
17 Mexico Street
Suite D-1
San Juan
Puerto Rico
00917-2202

SAMUEL BIGIO
TOP MEAT PROVISION CORP.
RAMOS MIMOSA # 1
GUAYNABO, PR 00966-1804

SEARS CARD
PO BOX 183001
COLUMBUS, OH.  43218-3001

SUN COM WIRELESS
PO BOX 70888
CHARLOTTE, NC 28272

WORLD FINANCIAL CORPORATION
PO BOX 360438
SAN JUAN, PR.  00936-0438

FEDERAL LITIGATION DEPT. OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

GRISEL MARIA BURGOS BARRETO
CALLE EUCALIPTO 7
URB PASEO DEL PRADO
CAROLINA, PR 00987-7600

HECTOR WILFREDO CARDWOOD CRUZ
CALLE EUCALIPTO 7
URB.PASE DEL PRADO
CAROLINA, PR 00987-7600

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901-1938

WINSTON VIDAL-GAMBARO
WINSTON VIDAL LAW OFFICE
PO BOX 193673
SAN JUAN, PR 00919-3673

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AUTORIDAD DE ENERGIA ELECTRICA
PO BOX 363508
SAN JUAN, PR 00936-3508

(d)Banco Popular de Puerto Rico-Special Loans
PO box 362708
San Juan, PR 00936-2708

(d)ROUNDUP FUNDING LLC
MS 550
PO BOX 91121
SEATTLE, WA 98111-9221

End of Label Matrix
Mailable recipients    57
Bypassed recipients     3
Total                  60