IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 05-12157(SEK) |
|---|---|
| HECTOR W CARDWOOD CRUZ GRISEL M BURGOS BARRETO DEBTOR | CHAPTER 13 |

**MOTION REQUESTING SOME DISPOSITION**

**TO THE HONORABLE COURT:**

**NOW COMES** RG Mortgage Corporation, (RG), as Servicer for Scotiabank de Puerto Rico, a party in interest, herein through counsel, and most respectfully **STATES** and **PRAYS:**

1. On March 30, 2010, appearing party filed a Motion for Dismissal which has not been opposed.

2. Thereafter on June 16 Debtors proposed an amended post confirmation however the plan does not includes the 3 post petition arrears.

3. As of the filing of this motion Debtors are now 2 post-petition payments in arrears. Enclosed statement of account.

**WHEREFORE** *it is respectfully requested this motion be granted, accordingly that instant matter be dismiss, with such further relief as is deemed appropriate under the circumstances.*

***I CERTIFY**, that on this same date, I electronically filed the foregoing with the Clerk of this Court via CM/ECF system, which will electronically send notification of such filing to the following to:* **Mr. Winston Vidal Gambaro; Mr. Jose R. Carrion Morales;** *and* **Ms. Monsita Lecaroz Arribas.**

*In San Juan, Puerto Rico, this _____ 28, day of June, 2010.*

Wallace Vazquez Sanabria-125101
17 Mexico St., Suite D-1
San Juan, PR 00917-2202
Tel: 787-756-5730
Fax: 787-764-0340
Email: walvaz@prtc.net

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

**BUFETE:** WALLACE VAZQUEZ SANABRIA

## UNSWORN STATEMENT
## UNDER PENALTY OF PERJURY

The undersigned hereby certifies the following under penalty of perjury:

**Debtor(s):** HECTOR W. CARDWOOD CRUZ
GRISEL M. BURGOS BARRETO

**Loan No.:** 000001254457

**Bankruptcy No.:** 05-12157

| | | | | | |
|---|---|---|---|---|---|
| **Post-petition arrears:** | ( 2) | months at | $1,593.44 | = | $3,186.88 |
| | ( 2) | L/C | $77.14 | = | $154.28 |

**Current principal:** $240,242.86

**Name:** _[signature]_ Legal Division          **Date:** June 17, 2010